**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Robinson Family Trust, et al.,** | ) | **CASE NO. 5:12 CV 1713** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Paul Greig, et al.,** | ) | <u>**Order of Dismissal**</u> |
| | ) | |
| **Defendants.** | ) | |

        This Court, having GRANTED Defendants' Motion to Dismiss the Amended

Consolidated Verified Shareholder Derivative Complaint (Doc. 53), hereby DISMISSES this

action.

        IT IS SO ORDERED.


                                                 /s/ Patricia A. Gaughan
                                                PATRICIA A. GAUGHAN
                                                United States District Judge

Dated: 5/10/13

1